# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-395
Lower Tribunal No. 21-12427 SP
_____

## Robert Kaplan and Lesley Kaplan,
Appellants,

vs.

## Contrera Roofing Corp.,
Appellee.


An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Robert Kaplan and Lesley Kaplan, in proper persons.

Law Offices of Sean Patrick Perez, P.A., and Sean Patrick Perez, for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).